**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| UNILOC USA, INC. AND UNILOC LUXEMBOURG S.A., <br><br> Plaintiffs, <br><br> v. <br><br> PTC INC., <br><br> Defendant. | CIVIL ACTION NO. 6:12-cv-813-LED |

**NOTICE OF CHANGE OF NAME OF DEFENDANT
PARAMETRIC TECHNOLOGY CORPORATION**

Please take notice that effective January 28, 2013, Defendant Parametric Technology Corporation officially changed its name to PTC Inc.

Dated: February 27, 2013          Respectfully Submitted,

         */s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

Daniel C. Winston
dwinston@choate.com
Michael E. Murawski
mmurawski@choate.com
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000

ATTORNEYS FOR DEFENDANT
PTC INC.

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this 27th day of February, 2013

         */s/ Jennifer P. Ainsworth*
         Jennifer P. Ainsworth