# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 6:12-cv-806 (Consolidated Lead Case) |
| v. | § § § | CONSOLIDATED WITH 6:12CV813 |
| ALTAIR ENGINEERING, INC., | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT PTC INC.

In consideration of the Parties' Stipulated Motion for Dismissal of all claims with prejudice asserted between Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A. (collectively, "Uniloc") and Defendant PTC Inc. (formerly Parametric Technology Corporation) ("PTC"), the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit between Uniloc and PTC are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the Party that incurred them.

**So ORDERED and SIGNED this 25th day of March, 2013.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**